No. 76–1721. UNITED STATES v. CHADWICK ET AL. C. A. 1st Cir. [Certiorari granted, *ante*, p. 814.] Motion of Americans for Effective Law Enforcement, Inc., et al., for leave to file a brief as *amici curiae* granted.

No. 75–6297. FIALLO, A MINOR, BY RODRIGUEZ, ET AL. v. LEVI, ATTORNEY GENERAL, ET AL. Appeal from D. C. E. D. N. Y. [Probable jurisdiction noted, 426 U. S. 919.] Motion of John E. Kirklin, Esquire, to permit Janet M. Calvo to argue *pro hac vice* on behalf of appellants granted.

No. 75–6527. INGRAHAM ET AL. v. WRIGHT ET AL. C. A. 5th Cir. [Certiorari granted, 425 U. S. 990.] Motion of American Psychological Association Task Force on the Rights of Children and Youth for leave to file a brief as *amicus curiae* after argument denied.

No. 76–358. NEW YORK v. BROWN. Ct. App. N. Y. Motion to grant certiorari and set case for oral argument with No. 76–120, *United States* v. *Martin Linen Supply Co.*, denied.

No. 76–672. BURLINGTON NORTHERN, INC., ET AL. v. STERLING COLORADO BEEF CO. ET AL. Appeal from D. C. Colo. Motion of appellee Sterling Colorado Beef Co. to expedite disposition of appeal denied.

No. 76–5206. ROBERTS v. LOUISIANA. C. A. 4th Cir. Certiorari having been granted on November 8, 1976 [*ante*, p. 938], grant is hereby limited to the following question: "Whether the imposition and carrying out of the sentence of death for the crime of first-degree murder of a police officer under the law of Louisiana violates the Eighth and Fourteenth Amendments to the Constitution of the United States."

No. 76–5644. GUERRERO v. ESTELLE, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied.